IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER: 7:14-CR-37 (HL) |
| | : |
| ANTHONY CEASAR | : |
| _____ | : |

**ORDER OF CONTINUANCE**

The defendant in the above-styled case was indicted on September 11, 2014. Defendant had his initial appearance and arraignment on October 9, 2014 and currently remains in custody based on his consent to federal detention related to other pending charges. The discovery process in this case has just begun. The government and the defendant have jointly moved of this continuance to permit time to pursue discovery and potentially resolve the matter.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued to the next regularly scheduled term of Court for the Valdosta Division of this district, and that any delay occasioned by the continuance be deemed excusable delay pursuant to 18 U.S.C. § 3161(h). The time for filing motions in this case is also extended to not later than 14 days before the scheduled pretrial conference in this matter.

It is the Court's finding that the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds that failure to grant such continuance could result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i), and that failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § (h)(7)(B)(iv).

SO ORDERED, this 17th day of October, 2014.

                                                      s/ Hugh Lawson  
                                                      HUGH LAWSON  
                                                      SENIOR DISTRICT JUDGE

Presented by:  
s/Robert D. McCullers  
ROBERT D. McCULLERS  
ASSISTANT UNITED STATES ATTORNEY